UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
R.R., et al.,

            Plaintiff(s),

        -v-

NYC Department of Education, et al.,

            Defendant.
---------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Civ. 5541(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a status conference on **March 5, 2021** at **10:00 a.m**., which conference will be held via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference call.

      Finally, no later than **March 4**, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    March 3, 2021                 /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                               United States District Judge